STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 383-3400
Facsimile: (702) 384-1460
Email: srogers@rmcmlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA SANTIAGO-ALBORES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES D. BOOKER, JR., an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02008-JAD-DJA |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that all claims related to the Complaint in the above-entitled matter be dismissed with prejudice, all parties to bear their own costs and attorney's fees.

///

///

///

///

///

///

///

Trial has not been set and no motions are pending.

DATED this 19th day of August, 2026.

PT LAW

______________________________
Pengxiang Tian, Esq.
Nevada Bar No. 15662
2820 South Jones Blvd., Unit 1
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED this 17th day of August, 2026.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

______________________________
Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**ORDER**

Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

______________________________
U.S. District Judge Jennifer A. Dorsey
Dated: August 21, 2026

Submitted by:

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

______________________________
Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*